No. 320. GREENBERG v. PANAMA TRANSPORT CO. ET AL. C. A. 1st Cir. Certiorari denied. *Francis H. Farrell* for petitioner. *Walter X. Connor, James P. O'Neill* and *Joseph F. Dolan* for respondents.

No. 327. NEW YORK CENTRAL RAILROAD CO. v. INTERSTATE COMMODITIES, INC. C. A. 2d Cir. Certiorari denied. MR. JUSTICE BLACK is of the opinion certiorari should be granted. *Charles E. Nichols* for petitioner. *Samuel Gottesman* for respondent.

No. 324. ELGIN, JOLIET & EASTERN RAILWAY CO. v. BORRERO ET AL. Appellate Court of Illinois, First District. Certiorari denied. *Harlan L. Hackbert* for petitioner. *Fred Lambruschi* for respondents.

No. 418. TEGARDEN v. CRIMINAL COURT OF MARION COUNTY ET AL. The application for stay presented to MR. JUSTICE CLARK, and by him referred to the Court, is denied. Petition for writ of certiorari to the Supreme Court of Indiana denied. *Thomas M. Lofton* for petitioner.

No. 323, Misc. ALEXANDER v. UNITED STATES. C. A. 5th Cir. Certiorari denied. Petitioner *pro se.* *Solicitor General Cox, Assistant Attorney General Miller* and *Beatrice Rosenberg* for the United States.

No. 417, Misc. WILLIAMS v. BELL, SHERIFF. C. A. 6th Cir. Certiorari denied. *Max Dean* for petitioner.